# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2410

_____

Cynthia Jackson

*Plaintiff - Appellant*

v.

Target Corporation; Does, John Does 1 - 10 and XYZ Corporation

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 26, 2019
Filed: March 1, 2019
[Unpublished]

_____

Before GRUENDER, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Arkansas resident Cynthia Jackson appeals the district court's[1] adverse grant of summary judgment on her negligence claim. After careful

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

de novo review, we conclude that summary judgment was proper for the reasons stated by the district court. *See W. Heritage Ins. Co. v. Asphalt Wizards*, 795 F.3d 832, 836-37 (8th Cir. 2015) (reviewing grant of summary judgment de novo); *see also Harvey v. Wal-Mart Stores, Inc.*, 33 F.3d 969, 971 (8th Cir. 1994) (discussing the showing required in slip-and-fall cases under Arkansas law). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____